UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRIVIDIA MANUFACTURING SOLUTIONS, INC.,**

    **Plaintiff,**

v.                                                     **Case No. 8:24-cv-1890-JSM-AAS**

**SMARTSCIENCE LABORATORIES, INC.,**

    **Defendant.**
_____/

## ORDER

On June 10, 2025, Plaintiff Trividia Manufacturing Solutions, Inc. (TMS) requested the court compel Defendant SmartScience Laboratories, Inc. (SmartScience) to respond to TMS's interrogatories and to designate a Rule 30(b)(6) representative. (Doc. 25). TMS also requested their reasonable attorney's fees and expenses in filing the motion to compel. (*Id.*). On June 11, 2025, SmartScience filed a notice of serving responses to TMS's first request for production and first set of interrogatories. (Doc. 26). On the same day, TMS filed a notice stating it "intends to move forward with the Motion to Compel," because the answers to the interrogatories are deficient, and TMS believes it is entitled to attorney's fees and expenses. (Doc. 27).

The court directed TMS to file a notice outlining the alleged deficiencies

1

by July 10, 2025, which TMS timely filed. (Docs. 31, 32). The court directed SmartScience to respond to the outstanding request for fees and TMS's updated notice by July 17, 2025. (Doc. 31). SmartScience requested an extension of their response deadline to July 24, 2025, which the court granted. (Docs. 33, 34). On July 24, 2025, SmartScience filed a notice withdrawing their affirmative defenses. (Doc. 35). Because the notice did not appropriately respond to the outstanding discovery issues, the undersigned directed SmartScience to file a response by August 5, 2025. (Doc. 36). The undersigned warned SmartScience that its failure to respond for the second time would result in the court treating the outstanding discovery issues and TMS's request for fees as unopposed. *See* Local Rule 3.01(c) ("If a party fails to timely respond, the motion is subject to treatment as unopposed."). Given SmartScience's failure to respond, TMS's Motion to Compel (Doc. 25) is **GRANTED** as to the outstanding discovery requests. (*See* Doc. 37).

(1) By **August 20, 2025**, SmartScience must serve written responses to Interrogatories 1, 2, and 5.

(2) TMS's reasonable attorney's fees and expenses incurred in bringing the motion to compel are awarded against SmartScience. *See* Fed. R. Civ. P. 37(a)(5)(A) ("If the motion [to compel] is granted . . . the court must . . . require the party or deponent whose conduct necessitated the motion. . . to pay the movant's reasonable expenses incurred in

2

making the motion, including attorney's fees.") (emphasis added). The parties must confer and attempt to agree on the reasonable amount of attorney's fees and expenses TMS incurred in relation to this motion. If the parties cannot agree, TMS may file a motion with supporting documentation by **September 5, 2025** and SmartScience's response to the motion will be due by **September 26, 2025**.

**ORDERED** in Tampa, Florida on August 11, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge