UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRIVIDIA MANUFACTURING SOLUTIONS, INC.,**

    **Plaintiff,**

v.                                                                              **Case No. 8:24-cv-1890-JSM-AAS**

**SMARTSCIENCE LABORATORIES, INC.,**

    **Defendant.**

_____/

## ORDER

On October 30, 2025, the court entered an order granting Trividia Manufacturing Solutions Inc.'s (Trividia) motion for Writ of Garnishment. (Doc. 57). Subsequently, on the same day, Smartscience Laboratories (Smartscience) filed a Suggestion of Bankruptcy. (Doc. 58). The Suggestion of Bankruptcy (Doc. 58) indicates Smartscience filed a voluntary petition for bankruptcy on October 29, 2025.

Pursuant to 11 U.S.C. § 362 Smartscience is entitled to an automatic stay. "[T]he automatic stay requires an immediate freeze of the status quo by precluding and nullifying post-petition actions." *In re Namen,* 649 B.R. 603, 608 (Bankr. M.D. Fla. 2023) (quoting *Eskanos & Adler, P.C., v. Leetien,* 309

F.3d 1210, 1214 (9th Cir. 2002)). Accordingly, the October 30, 2025, order granting Trividia's motion for Writ of Garnishment (Doc. 57) is **VACATED**.

**ORDERED** in Tampa, Florida on November 3, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge