UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRIVIDIA MANUFACTURING
SOLUTIONS, INC.,

      Plaintiff,

v.                                        **Case No. 8:24-cv-1890-JSM-AAS**

SMARTSCIENCE
LABORATORIES, INC.,

      Defendant.

_____/

## <u>ORDER</u>

Trividia Manufacturing Solutions, Inc., ("Trividia") moves the court, under Rules 64 and 69 of the Federal Rules of Civil Procedure and Florida Statutes §§ 77.03 and 77.01 et seq., to issue a writ of garnishment against Fifth Third Bank, National Association, for a judgment owed by SmartScience Laboratories. (Doc. 60).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment.

Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On October 1, 2025, the Middle District of Florida District Court, entered judgment against SmartScience Laboratories, in the amount of $725,000, plus accruing post-judgment interest. (Doc. 53). On October 3, 2025, Trividia recorded the Public Records of Hillsborough County, Florida (Instrument #2025425859). (Doc. 60, ¶ 2). According to Trividia's motion, this amount remains unpaid. (Doc. 60, ¶ 3).

Trividia's Motion for Writ of Garnishment (Doc. 60) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named garnishee using the forms attached to Trividia's motion. (Doc. 60, Ex. C). Trividia must include with the writ copies of:

      a.    Trividia's Motion for Writ of Garnishment (Doc. 60),
      b.    this Order, and
      c.    the Judgment (Doc. 53).

**ORDERED** in Tampa, Florida on February 26, 2026.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2